**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Beth A. Buchanan
United States Bankruptcy Judge

**Dated: October 23, 2013**

_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| In re: | ) | Case No. 1:13-bk-14061 |
| | ) | |
| Millville Gas & Convenient, Inc. | ) | Chapter 11 |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Debtor | ) | **Hon. Beth A. Buchanan** |
| | ) | U.S. Bankruptcy Judge |

### AGREED ORDER DISMISSING CHAPTER 11 CASE

The U.S. Trustee filed a Motion to dismiss this case on September 25, 2013 [Doc. # 22].  To resolve the Motion filed by the United States Trustee, the parties are in agreement that this case should be dismissed with each party bearing its own costs. Good cause appearing, therefore:

**IT IS HEREBY ORDERED** that this case is dismissed by agreement of the parties, with each party bearing its own costs.

Agreed to by:

/s/ Douglas N. Hawkins
Douglas N. Hawkins, Esq.
Attorney for the U.S. Trustee

/s/ Carl D. Ferris by D. Hawkins per authority
Carl D. Ferris, Esq.
Attorney for the Debtor

COPIES TO:

All creditors and parties in interest.

###